UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                Case No. 2:16-cr-17
                                                  HON. ROBERT HOLMES BELL

NATHAN THOMAS LAFERNIER,

        Defendant.
_____/

## ORDER OF DETENTION

      Defendant appeared before the undersigned on September 22, 2016 for an initial appearance and arraignment on the indictment charging him with Conspiracy to Manufacture Methamphetamine and Possession and Distribution of a List 1 Chemical with Knowledge That It Would Be Used To Manufacture Methamphetamine. The government moved for detention which was supported by recommendation of pretrial services. Defendant requested time to prepare for a detention hearing.

      Defendant shall be detained pending further proceedings.

      IT IS SO ORDERED.

Dated:   September 23, 2016          /s/ Timothy P. Greeley
                                               TIMOTHY P. GREELEY
                                               U.S. MAGISTRATE JUDGE